IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHRISTOPHER S. RATIO  :
LAFLARE CHAPMAN,  :
 :
       Plaintiff,  :
 :  Case No. 4:22-cv-111-CDL-MSH
v.  :
 :
T-MOBILE, *et al.*,  :
 :
       Defendants.  :
_____

### ORDER

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on October 19, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

SO ORDERED, this 10th day of November 2022.

                        S/Clay D. Land
                        CLAY D. LAND
                        U.S. DISTRICT COURT JUDGE
                        MIDDLE DISTRICT OF GEORGIA

---

[1] Defendants' motions to dismiss (ECF Nos. 20, 21) are **DENIED AS MOOT**.